## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Carlos Hernandez

Plaintiff,

v.

Case No.: 1:15−cv−08780
Honorable Robert W. Gettleman

Erich's Lehigh Auto Body, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 24, 2016:

> MINUTE entry before the Honorable Robert W. Gettleman: On joint stipulation, this matter is dismissed in its entirety with prejudice, with each party incurring its own attorneys' fees and costs except as otherwise provided in the settlement agreement. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.